IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

Raymond Ostendorf, )
)
)
Plaintiff, )
)
v. ) Case No. 4:11-CV-00642-HFS
)
United States Civil Claims Services, )
)
Defendant. )

### ORDER

Pending before the Court is Plaintiff Raymond Ostendorf's Motion to Conduct Limited Discovery Prior to the Appearance of All Parties. (Doc. No. 4).

Federal Rule of Civil Procedure 26(d) generally provides that formal discovery will not commence until after the parties have conferred as required by Rule 26(f). Rule 26(d), however, goes on to explain that discovery may be conducted prior to a Rule 26(f) conference "when authorized by . . . court order." Expedited discovery is permitted by showing good cause. See Monsanto Co. v. Sauceda, 2011 WL 65106 (E.D. Mo. Jan. 7, 2011) (applying good cause standard for expedited discovery).

The court finds that good cause exists to permit Plaintiff to conduct expedited discovery so that service of process can be effectuated. The court finds that Plaintiff should be permitted to conduct expedited discovery, pursuant to Fed. R. Civ. P. 45, for the limited purpose of discovering the address of defendant so that service of process can be effectuated.

Accordingly, it is **ORDERED** that Plaintiff's Motion to Conduct Limited Discovery

Prior to the Appearance of All Parties is **GRANTED**. (Doc. No. 4). Plaintiff is authorized to conduct discovery, pursuant to Fed. R. Civ. P. 45, for the limited purpose of discovering the address of defendant so that service of process can be effectuated.

**IT IS SO ORDERED.**


Date: 9/2/2011                                       **/s/Howard F. Sachs**
Kansas City, Missouri                       Howard F. Sachs
                                                               United States District Judge